**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DOUGLAS WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3834** |
| **MEDICAL DIRECTOR JEAN LLOVET, ET AL.** | **SECTION: "I"(1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' unopposed motion to for summary judgment, Rec. Doc. 22, is **GRANTED** and that plaintiff's federal civil rights claims against Jean Llovet and Glen D. Jett are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   18th   day of November, 2008.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**