UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DOUGLAS WALKER**                                           **CIVIL ACTION**

**VERSUS**                                                   **No. 08-3834**

**JEAN LOVETT et al.**                                       **SECTION I/1**

### ORDER

Considering the foregoing motion for entry of judgment under Rule 54(b),[1] filed on behalf of defendants, Jean M. Llovet and Glenn Jett,

The Fifth Circuit has stated:

> Rule 54(b) of the Federal Rules of Civil Procedure provides that "the court may direct entry of a final judgment as to one or more but fewer than all of the claims . . . only upon an express determination that there is no just reason for delay and upon express direction for the entry of judgment." . . . One of the primary policies behind requiring a justification for Rule 54(b) certification is to avoid piecemeal appeals. A district court should grant certification only when there exists some danger of hardship or injustice through delay which would be alleviated by immediate appeal; it should not be entered routinely as a courtesy to counsel.

<u>PYCA Indus., Inc. v. Harrison County Waste Water Mgmt Dist.</u>, 81 F.3d 1412, 1421 (5th Cir. 1996) (citations omitted). Defendants have not articulated any danger of hardship or injustice that would be alleviated through the entry of a final appealable judgment. Accordingly,

**IT IS ORDERED** that the motion for entry of judgment is **DENIED**.

New Orleans, Louisiana, December 18, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 32.